UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

JANET HOYT,

      CASE NO.: 0:17-cv-60059-BB

    Plaintiff,

vs.

GUNTHER MOTOR COMPANY OF
PLANTATION, INC.,
d/b/a GUNTHER VOLKSWAGEN,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, JANET HOYT ("Plaintiff"), and Defendant, GUNTHER MOTOR COMPANY OF PLANTATION, INC., d/b/a GUNTHER VOLKSWAGEN ("Defendant") by and through their respective undersigned counsels, hereby stipulate that this case be dismissed <u>with prejudice</u>, with each party to bear its/her own fees, costs, and disbursements. Plaintiff and Defendant respectfully request that this Court enter an Order of Dismissal with Prejudice.

Dated: March 14, 2017.

| **WEISS LAW GROUP, P.A.** | **TRIPP SCOTT, P.A.** |
|---|---|
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| 5531 N. University Drive | 110 SE 6th Street, 15 Floor |
| Suite 103 | Fort Lauderdale, FL  33301 |
| Coral Springs, FL 33067 | Tel: (954) 525-7500 |
| Tel: (954) 573-2800 | Fax: (954) 761-8475 |
| Fax: (954) 573-2798 | |
| | BY:____/s/ Catalina M. Avalos_____ |
| BY:____/s/ Jason S. Weiss_____ | Catalina M. Avalos |
| Jason S. Weiss | Florida Bar No. 090425 |
| Jason@jswlawyer.com | cma@trippscott.com |
| Florida Bar No. 356890 | Stephanie C. Mazzola |
| | Florida Bar No. 77661 |
| | scm@trippscott.com |